IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 08-cv-01691-AP

ROSE L. PEREZ,

    Plaintiff,

    v.

MICHAEL ASTRUE, COMMISSIONER OF SOCIAL SECURITY,

    Defendant.

---

**JOINT CASE MANAGEMENT PLAN FOR SOCIAL SECURITY CASES**

---

## 1. APPEARANCES OF COUNSEL AND *PRO SE* PARTIES

For Plaintiff:

Ruth K. Irvin
Attorney for Plaintiff
Irvin & Irvin
1443 Spruce Street
Boulder, CO 80302
303-543-0337
E mail: rkirvin@irvinlaw.net

For Defendant:

Troy Eid
United States Attorney

Kevin Thomas Traskos
Assistant U.S. Attorney
Kevin.Traskos@usdoj.gov

Allan Berger
Special Assistant U.S. Attorney
Telephone: (303) 844-2149
Fax: (303) 844-0770
1961 Stout St., Suite 1001A
Denver, CO 80294
allan.berger@ssa.gov

## 2. STATEMENT OF LEGAL BASIS FOR SUBJECT MATTER JURISDICTION

The Court has jurisdiction based on section 205(g) of the Social Security Act, 42 USC 405(g).

3. **DATES OF FILING OF RELEVANT PLEADINGS**

   A. Date Complaint Was Filed: 8/8/08
   B. Date Complaint Was Served on U.S. Attorney's Office: 8/13/08
   C. Date Answer and Administrative Record Were Filed: 10/14/08

4. **STATEMENT REGARDING THE ADEQUACY OF THE RECORD**

**Plaintiff states:** To the best of her knowledge, the record is complete.

**Defendant states:** To the best of his knowledge, the record is complete.

5. **STATEMENT REGARDING ADDITIONAL EVIDENCE**

**Plaintiff states:** To the best of her knowledge, the record is complete.

**Defendant states:** None anticipated.

6. **STATEMENT REGARDING WHETHER THIS CASE RAISES UNUSUAL CLAIMS OR DEFENSES**

**Plaintiff states:** This case involves no unusual claims.
**Defendant states:** This case does not involve unusual claims or defenses.

7. **OTHER MATTERS**

**Plaintiff states:** To the best of her knowledge, there are no other matters.

**Defendant states**: To the best of his knowledge, there are no other matters.

8. **BRIEFING SCHEDULE**

   A. Plaintiff's Opening Brief Due: 12/5/08
   B. Defendant's Response Brief Due: 1/7/09
   C. Plaintiff's Reply Brief Due: 1/21/09

9. **STATEMENTS REGARDING ORAL ARGUMENT**

A. **Plaintiff's Statement:** Oral Argument is not requested.
B. **Defendant's Statement:** Oral Argument is not requested.

**10. CONSENT TO EXERCISE OF JURISDICTION BY MAGISTRATE JUDGE**

    A. **( ) All parties have consented to the exercise of jurisdiction of a United States Magistrate Judge.**
    B. **(X) All parties have not consented to the exercise of jurisdiction of a United States Magistrate Judge.**

**11. OTHER MATTERS**

THE PARTIES FILING MOTIONS FOR EXTENSION OF TIME OR CONTINUANCES MUST COMPLY WITH D.C.COLO.LCivR 7.1 BY SUBMITTING PROOF THAT A COPY OF THE MOTION HAS BEEN SERVED UPON THE <u>MOVING ATTORNEY'S CLIENT</u>, ALL ATTORNEYS OF RECORD, AND ALL *PRO SE* PARTIES.

**12. AMENDMENTS TO JOINT CASE MANAGEMENT PLAN**

*The parties agree that the Joint Case Management Plan may be altered or amended only upon a showing of <u>good cause</u>.*

    DATED this 29th day of October, 2008.

                                  BY THE COURT:

                                  *S/John L. Kane*
                                  U.S. DISTRICT COURT JUDGE

APPROVED:

| | |
|---|---|
| s/ Ruth K. Irvin 10/29/08<br>Ruth K. Irvin<br>Attorney for Plaintiff<br>Irvin & Irvin<br>1443 Spruce Street<br>Boulder, CO 80302<br>303-543-0337<br>E mail: rkirvin@irvinlaw.net | Troy Eid<br>United States Attorney<br><br>Kevin Thomas Traskos<br>Assistant U.S. Attorney<br>Kevin.Traskos@usdoj.gov<br><br>s/ ALLAN D. BERGER 10/29/08<br>Allan D. Berger<br>Special Assistant U.S. Attorney<br>Telephone: (303) 844-2149<br>Fax: (303) 844-0770<br>1961 Stout St., Suite 1001A<br>Denver, CO 80294<br>allan.berger@ssa.gov<br><br>Attorneys for Defendant |