IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Judge Philip A. Brimmer**

Civil Action No. 08-cv-01691-PAB

ROSE L. PEREZ,

    Plaintiff,

v.

MICHAEL J. ASTRUE,
Commissioner of Social Security,

    Defendant.
_____

**ORDER**
_____

This matter is before the Court on plaintiff's Application for Attorney's Fees Under the Equal Access to Justice Act [Docket No. 25], which defendant does not oppose [Docket No. 26]. As defendant does not challenge the amount of fees requested or plaintiff's entitlement to fees and the Court finds plaintiff's application complies with both the Equal Justice Act, 28 U.S.C. § 2412(d), and D.C.COLO.LCivR 54.3, the Court will award plaintiff the requested $2,887.50 in fees. Accordingly, it is

**ORDERED** that plaintiff's Application for Attorney's Fees Under the Equal Access to Justice Act [Docket No. 25] is **GRANTED**. Defendant is ordered to pay the amount of $2,887.50 to plaintiff for attorney's fees under the Equal Access to Justice Act, 28 U.S.C. § 2412(d) ("EAJA"). It is further

**ORDERED** that this award is without prejudice to the right of plaintiff's counsel to seek attorney fees under section 206(b) of the Social Security Act, 42 U.S.C. § 406(b), subject to the offset provisions of the EAJA.  It is further

**ORDERED** that the EAJA attorney fee award shall be made payable to plaintiff and mailed to plaintiff's attorney pursuant to *Manning v. Astrue*, 510 F.3d 1246, 1251 (10th Cir. 2007).

DATED July 8, 2011.

BY THE COURT:

 s/Philip A. Brimmer
PHILIP A. BRIMMER
United States District Judge